**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| IN RE: ) | |
| ) | CASE NO 17 B 17746 et al |
| Troy T Jordan Sr ) | |
| And Attached list of cases ) | |
| ) | |
| ) | |

**AGREED SUBSTITUTION OF ATTORNEY**

**AGREED NOTICE OF SUBSTITUTION OF COUNSEL AND WITHDRAWAL OF APPEARANCE OF COUNSEL PURSUANT TO LOCAL RULE 2091-1**

PLEASE BE ADVISED THAT PURSUANT TO LOCAL RULE 2091-1 AND BY AGREEMENT OF PARTIES, Punit Marwaha and Patrick Semrad hereby agree to substitute the appearance of Punit Marwaha for Patrick Semrad and withdraw the appearance of Punit Marwaha for the above case AND the attached list of cases, as follows:

| **COUNSEL APPEARANCE WITHDRAWN:** | **COUNSEL SUBSTITUTING AND APPEARING:** |
|---|---|
| Punit Marwaha | Patrick Semrad |
| The Semrad Law Firm, LLC | The Semrad Law Firm, LLC |
| 20 S Clark 28th Floor | 20 S Clark 28th Floor |
| Chicago IL 60603 | Chicago IL 60603 |

**\*\*THIS IS A SUBSTITUTION AND APPEARANCE OF COUNSEL AND WITHDRAWAL OF APPEARANCE OF COUNSEL ON THE ABOVE CAPTIONED CASE AND THE LIST OF ATTACHED CASES.\*\***

                    AGREED TO BY BOTH PARTIES:

/s/ Punit Marwaha                         /s/ Patrick Semrad

RESPECTFULLY SUBMITTED
/s/ Patrick Semrad
The Semrad Law Firm, LLC
20 S. Clark Street, 28th Floor
Chicago IL 60603
312-913-0625

| | | | | | |
|---|---|---|---|---|---|
| 17-17746 | Troy T Jordan, Sr | 13 | 06/09/17 | N / A | N / A |
| 17-17799 | Jessica Fields | 13 | 06/12/17 | N / A | N / A |
| 17-17848 | Terrell D. McCoy | 13 | 06/12/17 | N / A | N / A |
| 17-17894 | John Sakellaris | 13 | 06/12/17 | N / A | N / A |
| 17-18018 | Tenisha Taylor | 13 | 06/13/17 | N / A | N / A |
| 17-18041 | Allison I Hebrank | 13 | 06/14/17 | N / A | N / A |
| 17-18082 | Maya D Terry | 13 | 06/14/17 | N / A | N / A |
| 17-18212 | Ricky W. Roberts | 13 | 06/15/17 | N / A | N / A |
| 17-18220 | Marie Arlene Starks | 13 | 06/15/17 | N / A | N / A |
| 17-18222 | Mario M Burkhaulter | 13 | 06/15/17 | N / A | N / A |
| 17-18223 | Kevin Smith and Angela M. Young | 13 | 06/15/17 | N / A | N / A |
| 17-18226 | Jennifer S German | 13 | 06/15/17 | N / A | N / A |
| 17-18280 | Bray Nicole Walker | 13 | 06/16/17 | N / A | N / A |
| 17-18397 | Allan Humphries | 13 | 06/16/17 | N / A | N / A |
| 17-18494 | Nathaniel Scurlock and Valant Scurlock | 13 | 06/19/17 | N / A | N / A |
| 17-18529 | Larry Halbert | 13 | 06/19/17 | N / A | N / A |
| 17-18569 | Kellie Black | 13 | 06/20/17 | N / A | N / A |
| 17-18663 | Dionne Eskridge | 13 | 06/20/17 | N / A | N / A |
| 17-18708 | Sharon D. Ogbebor | 13 | 06/21/17 | N / A | N / A |
| 17-18782 | Cora Williams | 13 | 06/21/17 | N / A | N / A |
| 17-18924 | Fiesta N Williams | 13 | 06/22/17 | N / A | N / A |
| 17-18983 | Taquire C Plummer | 13 | 06/23/17 | N / A | N / A |
| 17-19053 | Toccara Skinner and Corey Skinner | 13 | 06/23/17 | N / A | N / A |
| 17-19109 | Kiarea Collins | 13 | 06/24/17 | N / A | N / A |
| 17-19271 | Krystal Lanier and Michorn Thompson | 13 | 06/27/17 | N / A | N / A |
| 17-19274 | Evie M Fitzpatrick | 7 | 06/27/17 | N / A | N / A |

| | | | | | |
|---|---|---|---|---|---|
| 17-19337 | Amanda M. Polk | 13 | 06/27/17 | N / A | N / A |
| 17-19447 | Christopher C Nightengale | 13 | 06/28/17 | N / A | N / A |
| 17-19496 | Robert Rogers | 13 | 06/28/17 | N / A | N / A |
| 17-19818 | Roosevelt Armwood | 13 | 06/30/17 | N / A | N / A |
| 17-19824 | Katrina Minnis | 13 | 06/30/17 | N / A | N / A |
| 17-20125 | Mirliz Turner | 13 | 07/05/17 | N / A | N / A |
| 17-20222 | Eric Nimely | 13 | 07/06/17 | N / A | N / A |
| 17-20231 | Beverly Thomas and David Thomas | 13 | 07/06/17 | N / A | N / A |
| 17-20249 | Monique Brown | 13 | 07/06/17 | N / A | N / A |
| 17-20256 | Joshua Buchanan | 7 | 07/06/17 | N / A | N / A |
| 17-20285 | Ebony B Barnes | 13 | 07/06/17 | N / A | N / A |
| 17-20391 | Ryan Moore | 13 | 07/07/17 | N / A | N / A |
| 17-20445 | Alexander S. West | 13 | 07/08/17 | N / A | N / A |
| 17-20464 | Tiffany Radford | 13 | 07/10/17 | N / A | N / A |
| 17-20506 | Ilas Ahmeti | 13 | 07/10/17 | N / A | N / A |
| 17-20514 | Tamara Word | 13 | 07/10/17 | N / A | N / A |
| 17-20704 | Delois Bridges | 13 | 07/12/17 | N / A | N / A |
| 17-20773 | John Ng | 13 | 07/12/17 | N / A | N / A |
| 17-20881 | Mary Mendoza | 13 | 07/13/17 | N / A | N / A |
| 17-21071 | John H Washington | 13 | 07/14/17 | N / A | N / A |
| 17-21072 | Jerry L Madison, Jr | 13 | 07/14/17 | N / A | N / A |
| 17-21081 | Adam Boyle | 13 | 07/14/17 | N / A | N / A |
| 17-21094 | Svonne V McEwen | 13 | 07/14/17 | N / A | N / A |
| 17-21235 | Tasha Barksdale | 13 | 07/17/17 | N / A | N / A |
| 17-21328 | Bianca Daniels | 13 | 07/18/17 | N / A | N / A |
| 17-21331 | Kaye Mason | 13 | 07/18/17 | N / A | N / A |
| 17-21334 | Milton Johnson | 13 | 07/18/17 | N / A | N / A |

| | | | | | |
|---|---|---|---|---|---|
| 17-21335 | Brittney Haynes | 13 | 07/18/17 | N / A | N / A |
| 17-21561 | Thamara Jean-Pierre | 13 | 07/20/17 | N / A | N / A |
| 17-21662 | Arnold Purnell | 13 | 07/20/17 | N / A | N / A |
| 17-21678 | Kenisha Day | 13 | 07/20/17 | N / A | N / A |
| 17-21687 | Christina Butler | 13 | 07/20/17 | N / A | N / A |
| 17-21700 | Larenza Pious | 13 | 07/20/17 | N / A | N / A |
| 17-21702 | Jeffrey Williams | 13 | 07/20/17 | N / A | N / A |
| 17-21704 | Shanine L Cruz | 13 | 07/20/17 | N / A | N / A |
| 17-21879 | Jennifer Capps and Lenard E Brown | 13 | 07/22/17 | N / A | N / A |
| 17-21949 | Charetha Smith | 13 | 07/24/17 | N / A | N / A |
| 17-22065 | Nakisha Banks | 13 | 07/25/17 | N / A | N / A |
| 17-22090 | Sade Meeks and Michael Coleman | 13 | 07/25/17 | N / A | N / A |
| 17-22096 | Natasha A Taylor | 13 | 07/25/17 | N / A | N / A |
| 17-22198 | Richard Moore | 13 | 07/26/17 | N / A | N / A |
| 17-22246 | John Gaskew | 13 | 07/26/17 | N / A | N / A |
| 17-22286 | Shyisha Lewis | 13 | 07/26/17 | N / A | N / A |
| 17-22404 | Pearl Jones | 13 | 07/27/17 | N / A | N / A |
| 17-22459 | Crystal E. Goforth | 13 | 07/28/17 | N / A | N / A |
| 17-22474 | Micheal Watkins | 13 | 07/28/17 | N / A | N / A |
| 17-22479 | Latoya A Hill | 13 | 07/28/17 | N / A | N / A |
| 17-22547 | Anthony Roberts | 13 | 07/28/17 | N / A | N / A |
| 17-22579 | Debra A Katz | 13 | 07/28/17 | N / A | N / A |
| 17-22648 | Irene Brewer and Edward Brewer | 13 | 07/31/17 | N / A | N / A |
| 17-22718 | Andre Grayer | 13 | 07/31/17 | N / A | N / A |
| 17-22805 | David P Burch and Ashley S Burch | 13 | 07/31/17 | N / A | N / A |
| 17-22927 | Cynthia Myers | 13 | 08/01/17 | N / A | N / A |

| Case | Name | Ch | Date | | |
|---|---|---|---|---|---|
| 17-22990 | Tracee Thomas | 13 | 08/01/17 | N / A | N / A |
| 17-23053 | Christopher D Smith | 13 | 08/02/17 | N / A | N / A |
| 17-23069 | Les F Haden | 13 | 08/02/17 | N / A | N / A |
| 17-23108 | Krystal Davis | 13 | 08/02/17 | N / A | N / A |
| 17-23144 | Tomeka Harvey | 13 | 08/02/17 | N / A | N / A |
| 17-23158 | Exie Hall | 13 | 08/03/17 | N / A | N / A |
| 17-23187 | Ebony Smith | 13 | 08/03/17 | N / A | N / A |
| 17-23210 | Raymond Brown | 13 | 08/03/17 | N / A | N / A |
| 17-23284 | Jerome E Brown | 13 | 08/03/17 | N / A | N / A |
| 17-23345 | Maria Castillo | 13 | 08/04/17 | N / A | N / A |
| 17-23383 | Yolanda Douglas | 13 | 08/04/17 | N / A | N / A |
| 17-23455 | Brandon Lewis | 13 | 08/05/17 | N / A | N / A |
| 17-23497 | Sade Primous | 13 | 08/07/17 | N / A | N / A |
| 17-23772 | Semetric Zims | 13 | 08/09/17 | N / A | N / A |
| 17-23898 | Francisco Balderas | 13 | 08/10/17 | N / A | N / A |
| 17-23935 | Valencia Jefferson | 13 | 08/10/17 | N / A | N / A |
| 17-24009 | Lisa Washington | 13 | 08/11/17 | N / A | N / A |
| 17-24087 | Yourees Williams | 13 | 08/11/17 | N / A | N / A |
| 17-24123 | Marcus Jones | 13 | 08/11/17 | N / A | N / A |
| 17-24146 | Maurice Anderson | 13 | 08/12/17 | N / A | N / A |
| 17-24174 | Elishama Eiland | 13 | 08/12/17 | N / A | N / A |
| 17-24230 | Nicole Bass | 13 | 08/14/17 | N / A | N / A |
| 17-24313 | Devonda Hutchinson | 13 | 08/14/17 | N / A | N / A |
| 17-24320 | Mark Bernard | 13 | 08/14/17 | N / A | N / A |
| 17-24427 | Melantha Jones | 13 | 08/15/17 | N / A | N / A |
| 17-24498 | Kareena Jackson | 13 | 08/16/17 | N / A | N / A |
| 17-24516 | Ervin Wheaton | 13 | 08/16/17 | N / A | N / A |
| 17-24683 | Adoracion P Nocum | 13 | 08/17/17 | N / A | N / A |